# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br> *Plaintiff* | § <br> § <br> § <br> § | |
| **v.** | § | **Case No. 1:23-CR-00217-RP** |
| **RYANN SANNEM,**<br> *Defendant* | § <br> § <br> § | |

## O R D E R

Now before the Court is Defendant's Motion to Withdraw as Counsel, filed July 19, 2024 (Dkt. 24). Due to an ethical conflict of interest, Amber Vazquez moves to withdraw and asks that a new attorney be appointed to represent Defendant.[1]

Having considered the motion, this Magistrate Judge finds that there is good cause to grant the motion and permit counsel to withdraw. **IT IS THEREFORE ORDERED** that Amber Vazquez is hereby **WITHDRAWN** as Defendant's counsel of record.

Consistent with the Court's Orders entered March 1, 2024 regarding Defendant's financial status (Dkt. 10) and appointing the Federal Public Defender (Dkt. 11), **IT IS FURTHER ORDERED** that **Supervisory Assistant Federal Public Defender Horatio R. Aldredge #00795216** is hereby **APPOINTED** to represent Defendant.

**SIGNED** on July 22, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred the Motion to this Magistrate Judge for resolution, pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure.